UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THERESA WALLEN, | Case No.: 09-CV-04746-LHK |
| Plaintiff, | ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| v. | |
| CAM-BAS, INC., COSME FAGUNDO, dba McDONALD'S OF S. WINCHESTER and McDONALD'S RESTAURANT(S), McDONALDS CORPORATION, RICHARD V. COLOMBINI, | |
| Defendants. | |

Pursuant to Local Rule 6-2, the parties have stipulated to continue the Case Management Conference currently set for September 17, 2010, to December 8, 2010, at 9:30 am. The Court GRANTS the continuance, but orders that the case management conference be held at **2 p.m.** on December 8, 2010, per the Court's calendar.

**IT IS SO ORDERED.**

Dated: August 30, 2010

LUCY H. KOH
United States District Judge

1
Case No.: 09-CV-04746-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE