UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THERESA WALLEN,<br><br>               Plaintiff,<br>     v.<br><br>CAM-BAS, INC., COSME FAGUNDO, dba McDONALD'S OF S. WINCHESTER and McDONALD'S RESTAURANT(S), McDONALDS CORPORATION, RICHARD V. COLOMBINI,<br><br>               Defendants. | Case No.: 09-CV-04746-LHK<br><br>ORDER DISMISSING CASE WITH PREJUDICE |

On September 21, 2010, Plaintiff Theresa Wallen and Defendants Cam-Bas Inc., Cosme Fagundo dba McDonald's of S. Winchester, Richard V. Colombini, and McDonalds Corporation filed a stipulation to voluntarily dismiss this action with prejudice. The stipulation is signed by all parties who have appeared in the action, in accordance with Fed. R. Civ. Pro. 41(a)(1)(A)(ii). Accordingly, the action is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: September 28, 2010

_____
LUCY H. KOH
United States District Judge

1

Case No.: 09-CV-04746-LHK
ORDER DISMISSING CASE WITH PREJUDICE